■ Mary Ellis, Appellant, v. Helen Greco, Respondent.— Appeal unanimously dismissed, without costs. Memorandum: No appeal lies to this court from an order of a County Court acting on an appeal from an order of a lower court. (CPLR 5703, subd. [b].) If we were to pass on the merits of

the appeal we would affirm the order. (Appeal from order of Erie County Court affirming order of Buffalo City Court denying motion for summary judgment in action for commission.) Present — Del Vecchio, J. P., Witmer, Gabrielli and Henry, JJ.